**CHIEF JUSTICE**
   ROGELIO VALDEZ

**JUSTICES**
   NELDA V. RODRIGUEZ
   DORI CONTRERAS GARZA
   GINA M. BENAVIDES
   GREGORY T. PERKES
   NORA L. LONGORIA

**CLERK**
   CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 24, 2015

Hon. Rudy Gonzales
Attorney at Law
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Marion M. Reilly
Attorney at Law
719 S. Shoreline Blvd., Suite 500
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Gary D. Sarles
Sarles & Ouimet
370 Founders Square
900 Jackson Street
Dallas, TX 75202-4487
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00246-CV
Tr.Ct.No. 2013-CCV-61910-1
Style:   Stripes LLC v. Hazzem Mrayyan

    Appellee's motion for extension of time to file brief in the above cause was this day GRANTED by this Court. The time has been extended to Monday, August 10, 2015.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch